

# Earnings Statement

**ADP**

RR DONNELLEY
1099 GREENLEAF AVENUE
ELK GROVE VILLAGE, IL 60007-5012

Period Beginning: 06/07/2009
Period Ending: 06/20/2009
Pay Date: 06/26/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  SC: 2

ROBERT B WEGNER
225 ARDMORE RD
SPARTANBURG SC 29306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.8300 | 32.50 | 871.98 | 15,788.86 |
| Funeral | 26.8300 | 23.00 | 617.09 | 617.09 |
| Shift 3 | | | 18.80 | 274.22 |
| Vacation | 26.8300 | 12.50 | 335.38 | 3,329.39 |
| Overtime | | | | 922.85 |
| Holiday | | | | 1,604.46 |
| Move Up Diff | | | | 41.30 |
| Vac Premium | | | | 736.31 |
| | | | | 23,314.48 |

Your federal taxable wages this period are
$1,682.19

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.00 | 52.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -102.62 | 1,384.79 |
| Social Security Tax | | -104.30 | 1,324.97 |
| Medicare Tax | | -24.39 | 309.87 |
| SC State Income Tax | | -86.83 | 1,093.88 |
| **Other** | | | |
| Add | | -2.55* | 33.15 |
| Checking 2 | | -1,336.76 | |
| Dental Pre Tax | | -12.74* | 165.62 |
| Medical Pre Tax | | -149.77* | 1,797.24 |
| Spouse Insure | | -5.31 | 69.03 |
| Supp Life | | -17.98 | 233.74 |

* Excluded from federal taxable wages

---

RR DONNELLEY
1099 GREENLEAF AVENUE
ELK GROVE VILLAGE, IL 60007-5012

Advice number: [illegible]
Pay date: 06/26/2009

Deposited to the account of
ROBERT B WEGNER

| account number | transit ABA | amount |
|---|---|---|
| xxxx4015 | xxxx xxxx | $1,336.76 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

1218-0001

**RR DONNELLEY**
**1099 GREENLEAF AVENUE**
**ELK GROVE VILLAGE, IL 60007-5012**

Period Beginning: 06/21/2009
Period Ending: 07/04/2009
Pay Date: 07/10/2009

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 SC: 2

**ROBERT B WEGNER**
**225 ARDMORE RD**
**SPARTANBURG SC 29306**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.8300 | 45.70 | 1,226.14 | 17,015.00 |
| Holiday | 26.8300 | 7.50 | 201.23 | 1,608.69 |
| Vacation | 26.8300 | 12.50 | 335.38 | 3,864.77 |
| Overtime | | | | 922.95 |
| Funeral | | | | 617.09 |
| Move Up Diff | | | | 41.30 |
| Shift 3 | | | | 274.82 |
| Vac Premium | | | | 736.31 |
| | | | | 25,077.23 |

Your federal taxable wages this period are
$1,501.59

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gift | 4.00 | 56.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -90.54 | 1,475.33 |
| Social Security Tax | | -99.30 | 1,424.27 |
| Medicare Tax | | -23.23 | 333.10 |
| SC State Income Tax | | -61.19 | 1,175.07 |
| **Other** | | | |
| Add | | -2.55* | 35.70 |
| Checking 2 | | -1,280.14 | |
| Dental Pre Tax | | -12.74* | 178.36 |
| Medical Pre Tax | | -149.77* | 1,947.01 |
| Spouse Insure | | -5.31 | 74.34 |
| Supp Life | | -17.98 | 251.72 |

* Excluded from federal taxable wages

---

**VERIFY DOCUMENT AUTHENTICITY.** COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**RR DONNELLEY**
**1099 GREENLEAF AVENUE**
**ELK GROVE VILLAGE, IL 60007-5012**

Advice number:
Pay date: 07/10/2009

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT B WEGNER | xxxx4015 | xxxx xxxx | $1,280.14 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

$1860.47

**Earnings Statement** ADP

RR DONNELLEY
1099 GREENLEAF AVENUE
ELK GROVE VILLAGE, IL 60007-5012

Period Beginning: 07/05/2009
Period Ending: 07/18/2009
Pay Date: 07/24/2009

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   SC: 2

ROBERT B WEGNER
225 ARDMORE RD
SPARTANBURG SC 29306

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.8300 | 69.00 | 1,851.27 | 18,866.27 |
| Shift 3 | | | 9.20 | 83.42 |
| Overtime | | | | 22.85 |
| Funeral | | | | 17.09 |
| Holiday | | | | 1,105.69 |
| Move Up Diff | | | | 41.30 |
| Vac Premium | | | | 76.31 |
| Vacation | | | | 3,664.77 |
| | | | | 26,937.70 |

Your federal taxable wages this period are $1,699.41

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gift | 4.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.20 | 1,580.53 |
| | Social Security Tax | -105.37 | 1,529.64 |
| | Medicare Tax | -24.64 | 357.74 |
| | SC State Income Tax | -88.03 | 1,263.10 |
| | **Other** | | |
| | Add | -2.55* | 38.25 |
| | Checking 2 | -1,348.88 | |
| | Dental Pre Tax | -12.74* | 191.10 |
| | Medical Pre Tax | -149.77* | 2,096.78 |
| | Spouse Insure | -5.31 | 79.65 |
| | Supp Life | -17.98 | 269.70 |

* Excluded from federal taxable wages

© 1998, 2006 ADP, Inc. All Rights Reserved

---

RR DONNELLEY
1099 GREENLEAF AVENUE
ELK GROVE VILLAGE, IL 60007-5012

Advice number: 00000000043
Pay date: 07/24/2009

Deposited to the account of
ROBERT B WEGNER

| account number | transit ABA | amount |
|---|---|---|
| xxxx4015 | xxxx xxxx | $1,348.88 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**